# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:14-CR- |
| | § | 129-SDJ-AGD-3 |
| AMELIA LEANN BYRAM | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. With Defendant having waived allocution before the Court as well as her right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-six (26) months with no supervised release to follow.

It is finally **ORDERED** that allegations (1), (2), and (3) of the Petition are **DISMISSED**.

The Court also recommends that Defendant be housed in a Bureau of Prisons medical facility in Fort Worth, Texas, if appropriate. The Court further recommends that Defendant participate in the Residential Drug Abuse Program.

**So ORDERED and SIGNED this 14th day of July, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE